IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES JEROME BLACK and MARY ALICE BLACK, h/w | |
| v. | No. 3:CV-05-1951 (Judge A. Richard Caputo) |
| METSO PAPER USA, INC. and SANDVIK, INC. and PENNSYLVANIA EXTRUDED TUBE COMPANY, a joint venture formed as a partnership between SMI EXTRUDED TUBE, INC. and SANDVIK EXTRUDED TUBE, INC. | |

## ORDER

AND NOW this 28th day of **November**, 2011 upon consideration of the Motion of Class Counsel for Approval of Attorneys' Fees and Reimbursement of Costs, it is hereby ORDERED and DECREED that said motion be and the same is hereby GRANTED. Defendants Sandvik, Inc., and Pennsylvania Extruded Tube Company, SMI Extruded Tube, Inc. and Bostik, Inc. are directed to pay class counsel fees in the amount of $348,853.00 and reimburse class counsel for expenses in the amount of $50,000. **The Clerk of Court is directed to close this case.**

BY THE COURT:

_____
**A. RICHARD CAPUTO           J.
UNITED STATES DISTRICT JUDGE**